# Notice Recipients

District/Off: 0860−4     User: admin     Date Created: 2/16/2022
Case: 4:16−bk−13868     Form ID: pdf12Ds     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Matthew David Mentgen     matthew@mentgenlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Lillia Nevader Williams     PO Box 260     Plumerville, AR 72127

TOTAL: 1