Form orecert2

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Arkansas

In Re:     Lillia Nevader Williams
           Debtor

Case No.: 4:16–bk–13868
Chapter: 13

**ORDER REGARDING CERTIFICATIONS IN CHAPTER 13 CASES**

The chapter 13 trustee's "Certificate of Final Payment" has been filed in your case.

NOTICE IS HEREBY GIVEN that the debtor must file the documents denoted at the bottom of this order or the case may be closed without a discharge. The documents must be filed within thirty (30) days from the date of the entry of this order. No hearing will be held unless requested. If a response to this order is filed, the court will set the matter for hearing by subsequent notice.

Any motion for extension of time to file the documents or objection to the case closing shall be filed (and served on the trustee) on or before the date the identified documents are due.

**Due within 30 days from the entry of this order:**

1. Certificate Regarding Domestic Support Obligation pursuant to 11 U.S.C. §1328
**Certificates completed and filed prior to the trustee's "Certificate of Final Payment" will not be considered.**

2. Statement of Completion of Course in Personal Financial Management (Official Form 423) pursuant to Federal Rule of Bankruptcy Procedure 1007(b)(7)

Dated: 2/16/22

*Phyllis M. Jones*

UNITED STATES BANKRUPTCY JUDGE